IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL NEGRON,

    Plaintiff,

vs.

    CIVIL ACTION NO.: CV611-051

BRIAN OWENS; JOHN PAUL;
Dr. JOSEPH GILES; and
Dr. GAIL JACKSON,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Owens, Paul, and Giles are **DISMISSED**. Plaintiff's remaining claims are hereby **TRANSFERRED** to the United States District Court for the Middle District of Georgia for review. The Clerk shall forthwith transfer this case to the Middle District of Georgia.

**SO ORDERED**, this 30 day of June, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)